Civil Action Cover Sheet - Case Initiation  12-Person Jury  (05/27/16) CCL 0520

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

SANDRA MORALES

v.

WALMART, INC., a Foreign Corporation

No. _____

FILED
11/26/2019 11:17 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L013046

FILED DATE: 11/26/2019 11:17 AM   2019L013046

## CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand  ■ Yes  ☐ No

(FILE STAMP)

### PERSONAL INJURY/WRONGFUL DEATH
CASE TYPES:
- ■ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
  (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES
CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

### COMMERCIAL LITIGATION
CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
  (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
  (Please specify below.**)
- ☐ 075 Other Commercial Litigation
  (Please specify below.**)
- ☐ 076 Retaliatory Discharge

### OTHER ACTIONS
CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** _____

Primary Email: favela@mfa-law.com

Secondary Email: _____

Tertiary Email: _____

By: [signature]  36252
(Attorney)  (Pro Se)

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Page 1 of 1

FILED DATE: 11/26/2019 11:17 AM 2019L013046

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SANDRA MORALES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No: |
| | ) | |
| | ) | |
| WALMART, INC., a Foreign Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, SANDRA MORALES, by and through her attorneys, MORICI, FIGLIOLI & ASSOCIATES, and complaining of Defendant, WALMART, INC., states as follows:

1. That on September 1, 2018, the Defendant, WALMART, INC., owned, leased, operated, managed, and/or maintained and controlled both directly and indirectly through its agents, servants and employees, a certain building located at or about 21000 Western Avenue, City of Olympia Fields, County of Cook, and state of Illinois.

2. That at the time and place aforesaid, Plaintiff was lawfully on the premises of the Defendant for the benefit of the Defendant's business purposes.

3. That for some time prior to and at said time, the Defendant had a duty to maintain the aforementioned premises in a reasonably safe condition and to be free from negligence in the conduct of its business.

4. That at the date, time, and location aforesaid, the Defendant carelessly and negligently caused and allowed the floor of its premises by the self-checkout aisle to be and remain in an unsafe condition with a slippery substance making it dangerous to its business invitees including plaintiff.

FILED DATE: 11/26/2019 11:17 AM  2019L013046

5. That for some time prior to and at said time the Defendant created the dangerous condition and had actual notice, or in the alternative, had constructive notice, of said dangerous condition and was aware that patrons such as Plaintiff would be walking through the front door of the nail salon and would be distracted from the dangerous condition.

6. That at the time and place aforesaid, the Plaintiff was lawfully on Defendant's premises.

7. That at said time, the Defendant had a duty to maintain its premises, including the floor by the self-checkout area; in a reasonably safe condition.

8. That at the time and place aforesaid, and notwithstanding said duty, the Defendant was negligent in one or more of the following respects:

(a) Created an unreasonably dangerous condition;

(b) Failed to properly inspect the floor, including but not limited to the self-checkout, and maintain it in a safe manner;

(c) Failed to warn or otherwise protect persons, such as the Plaintiff, of the unreasonably dangerous condition;

(d) Allowed said floor to remain in an unsafe condition;

(e) Failed to perform proper maintenance or employ proper safeguards to protect persons, such as the Plaintiff, from said slippery substance; and

(f) Was otherwise careless and negligent.

9. That as a direct and proximate result of one or more of the foregoing negligent acts and/or omissions, Plaintiff sustained injuries of a personal, permanent and pecuniary nature and, the Plaintiff then and there suffered severe and permanent injuries, both externally and internally, was and will in the future be hindered from attending to her usual duties and affairs, suffered and will in the future suffer great pain and anguish, in both mind and in body, and, expended and will in the future expend large sums of money for medical care and services while

FILED DATE: 11/26/2019 11:17 AM 2019L013046

endeavoring to become healed and cured of said injuries.

  WHEREFORE, Plaintiff, SANDRA MORALES, prays that judgment be entered against the Defendant, WALMART, INC. for an amount in excess of jurisdictional limits established by this court, plus the costs of this suit.

Respectfully Submitted,

By: _____
Attorney for Plaintiff

Tomas Cabrera
**MORICI, FIGLIOLI & ASSOCIATES**
150 North Michigan Avenue
Suite 1100
Chicago, Illinois 60601
312.372.9600
Attorney Code No. 36252

3

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SANDRA MORALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No: |
| | ) |
| WALMART, INC., a Foreign Corporation, | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT

I, Tomas Cabrera, being first duly sworn on oath, deposes and states that if I were called upon to testify, I would state as follows:

1. That I am an attorney at law licensed to practice in the State of Illinois.
2. That I am an attorney with the law firm of Morici, Figlioli & Associates, attorney of record for the Plaintiff, Sandra Morales.
3. That based upon the information available to me at the present time, the total amount of money damages sought in this matter exceeds $50,000.00.
4. That this Affidavit is submitted in compliance with Supreme Court Rule 222(b)

Further, Affiant sayeth naught.

Tomas Cabrera

SUBSCRIBED AND SWORN TO
before me this 26th day
of November, 2019

Notary Public

MONICA FAVELA
Official Seal
Notary Public - State of Illinois
My Commission Expires Jun 14, 2020

FILED DATE: 11/26/2019 11:17 AM 2019L013046

1910 - No Fee Paid
1919 - Fee Paid
Jury Demand

(Rev. 12/31/15) CCG N067

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
LAW DEPARTMENT/ FIRST DISTRICT

SANDRA MORALES

v.

No. _____

WALMART, INC., a Foreign Corporation

**JURY DEMAND**

The undersigned demands a jury trial.

_____
(Signature)

☐ Atty. No.: 36252
Name: Morici, Figlioli & Associates
Atty. for: Plaintiff
Address: 150 N. Michigan Avenue, Suite 1100
City/State/Zip: Chicago, IL 60601
Telephone: (312) 372-9600
Primary Email: favela@mfa-law.com
Secondary Email: _____
Tertiary Email: _____

Dated: _____

FILED DATE: 11/26/2019 11:17 AM 2019L013046

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1